| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408)-535-5065 |
| 7 | Fax: (408)-535-5066<br>E-Mail: tom.colthurst@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-CR-00045-LHK |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CHANGING STATUS HEARING<br>FROM JULY 17, 2013, AT 9:30 A.M. TO |
| MARIBEL PEREZ GALLEGOS, | ) | AUGUST 28, 2013 AT 9:30 A.M. AND |
| Defendant. | ) | EXCLUDING TIME FROM JULY 17, 2013<br>TO AUGUST 28, 2013 |

The defendant MARIBEL PEREZ GALLEGOS, represented by Wendy Q. W. Kim, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the that the July 17, 2013, status hearing for MARIBEL PEREZ GALLEGOS be rescheduled to August 28, 2013, at 9:30 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from July 17, 2013, to August 28, 2013, to permit the parties the reasonable time necessary for effective preparation.

////

*US v. Gallegos*, 13-CR-00045-LHK
Stipulation and [Proposed] Order re Status Hearing

SO STIPULATED:

Dated: July 10, 2013                          /S/
                                          Thomas A. Colthurst
                                          Assistant United States Attorney

Dated: July 10, 2013                          /S/
                                          Wendy Q. W. Kim, Esq.
                                          Attorney for Defendant

### ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from July 17, 2013, at 9:30 a.m. to August 28, 2013, at 9:30 a.m.

For good cause shown, the Court further finds that failing to exclude the time between July 17, 2013, and August 28, 2013, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 17, 2013 and August 28, 2013, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between July 17, 2013, and August 28, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: _____

                                          _____
                                          THE HONORABLE LUCY H. KOH
                                          United States District Judge

*Denied. Please specify if you are reviewing discovery, conducting further investigation, etc. Thank you.*

7/11/12

*Lucy H. Koh*
U.S. District Judge

US v. Gallegos, 13-CR-00045-LHK
Stipulation and [Proposed] Order re Status Hearing